```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     CENTRAL DISTRICT OF CALIFORNIA
10
11   LATASHA DIANE WILLIAMS,     )    NO. ED CV 11-502-JST(E)
                                 )
12                 Petitioner,   )
                                 )
13        v.                     )    JUDGMENT
                                 )
14   UNKNOWN,                    )
                                 )
15                 Respondent.   )
     _____)
16
17
18        Pursuant to the "Order Denying Motion for Stay," the "Motion to
19   file Protective Petition" is denied and this action is dismissed
20   without prejudice.
21
22           DATED: April 12, 2011
23
24
25                                    JOSEPHINE STATON TUCKER
                                      JOSEPHINE STATON TUCKER
26                                    UNITED STATES DISTRICT JUDGE
27
28
```